IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BRENDAN J. MULLEN, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-cv-176(HL) |
| | * |
| ILG TECHNOLOGIES, LLC, d/b/a ILG INFORMATION TECHNOLOGIES, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 6, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 6th day of July, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk